IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.            CASE NO. 1:04-cr-00026-MP-AK

WILLIAM C HOWARD,

    Defendant.
_____/

**PRELIMINARY ORDER OF FORFEITURE**

**THIS CAUSE CAME** before the Court on the motion of the United States of America for a Preliminary Order Of Forfeiture. Being fully advised in the premises, the Court finds:

1. On September 23, 2004, the United States Attorney, Northern District of Florida filed an Information against Defendant WILLIAM HOWARD.

2. The Information charged Defendant WILLIAM HOWARD, with violating Title 18, United States Code, Sections 2256(8)(a).

3. The Indictment included a Forfeiture Count, pursuant to Title 18, United States Code, Section 2253.

4. The Defendant has agreed to forfeit all forfeitable assets including:

    One Powerspec PC Model #5420, Serial No. 5420-0300-02378

Based on the foregoing, it is hereby

**ORDERED AND ADJUDGED:**

1. The following property is hereby forfeited to the United States pursuant to the provisions of 18 U.S.C. § 2253: One Powerspec PC Model #5420, Serial No. 5420-0300-02378

2. In accordance with the law, the United States shall cause to be published at least once, in a newspaper of general circulation, notice of this Order, notice of its

intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the aforementioned property must file a petition with the Court within thirty (30) days of the final publication of the notice or receipt of actual notice, whichever is earlier.

The United States shall:

    a.    State in the notice that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought; and

    b.    To the extent practicable, provide direct written notice to any person known to have an alleged interest in the property that is subject of the Preliminary Order of Forfeiture, as a substitute for published notice as to those persons so notified.

3.    Upon adjudication of all third party interests, this Court will enter a Final Order in which all interests will be addressed.

**DONE AND ORDERED** this __5th__ day of January, 2006

                      *s/Maurice M. Paul*
                  Maurice M. Paul, Senior District Judge